IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ERNIE FRITZ,**

      **Applicant,**

**v.**                                                  **CV NO. 07-0585 WJ/LAM**

**JAMES JANECKA, et al.,**

      **Respondents.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (*Doc. 14*)

**THIS MATTER** is before the Court on the *Magistrate Judge's Proposed Findings and Recommended Disposition* (*Doc. 14*), filed on April 2, 2008. No party has filed objections to the *Proposed Findings and Recommended Disposition* and the deadline for filing objections has passed. The Court has determined that it will adopt the *Magistrate Judge's Proposed Findings and Recommended Disposition* (*Doc. 14*); grant *Respondents' Motion to Dismiss Petition with Prejudice (Federal Habeas Corpus Proceeding / 28 U.S.C. § 2254)* (*Doc. 11*); deny Mr. Fritz' *Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody* (*Doc. 1*) as without merit; and enter a judgment dismissing this case with prejudice.

**IT IS THEREFORE ORDERED** that the *Magistrate Judge's Proposed Findings and Recommended Disposition* (*Doc. 14*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that *Respondents' Motion to Dismiss Petition with Prejudice (Federal Habeas Corpus Proceeding / 28 U.S.C. § 2254)* (*Doc. 11*) is **GRANTED**.

**IT IS FURTHER ORDERED** that Mr. Fritz' *Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody* (*Doc. 1*) is **DENIED** as without merit.

**IT IS FURTHER ORDERED** that this case be **DISMISSED WITH PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**HONORABLE WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE**